AUSA Harding

**FILED**

## United States District Court

For the Western District of Texas
Austin Division

06/25/2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

United States of America, §
§
v. §
§ Case Number: 1:19-mj-347
Yoni Asael Medrano-Rodriguez §
Aka: Yoni Asael Rodriguez-Medrano §
§
§

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **January 30, 2019**, in the county of **Bastrop**, in the Western District of Texas, the defendant, **Yoni Asael Medrano-Rodriguez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **January 30, 2019**, the defendant, an alien, was found in the Bastrop County jail, Bastrop, Texas, with in the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **January 9, 2017**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically and signed by me
Pursuant to Fed. R. Crim P.4.1 and 4(d)

June 25, 2019        at        Austin, Texas
_____        _____
Date                                City and State

Mark Lane
United States Magistrate Judge
_____        _____
Name & Title of Judicial Officer        Signature of Judicial Officer